UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
NICOLE BROECKER, et al., on behalf of themselves and all other similarly situated employees of the New York City Department of Education,

                                      Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, CITY OF NEW YORK, MEISHA PORTER, in her official and individual capacities, UNITED FEDERATION OF TEACHERS, LOCAL 2, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, MICHAEL MULGREW, in his official and individual capacities, JOHN DOE #1-10, in their official and individual capacities; and JANE DOE #1-10 in their official and individual capacities,

                                      Defendants.
----------------------------------------------------------------X

INDEX NO. _____

AFFIDAVIT OF NICOLE BROECKER IN SUPPORT OF THE PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

STATE OF NEW YORK    )
                            ) ss.
COUNTY OF _____  )

      **NICOLE BROECKER**, being duly sworn, deposes, and states under penalty of perjury that:

      1.     I am the lead Plaintiff in this Action. I have not received a COVID-19 vaccine. I am a tenured teacher with the New York City Department of Education ("NYCDOE"). I offer this Affidavit based upon my personal knowledge and conversations I have had with my fellow NYCDOE employees who have not received a COVID-19 vaccine.

      2.     Despite being a tenured teacher with N.Y. Education Law § 3020-a statutory rights, like other tenured teachers, tenured principals, tenured assistant principals, and tenured

1

paraprofessionals, we have been suspended without pay since October 4, 2021 because we have not taken a COVID-19 vaccine.

3. NYCDOE tenured principals, tenured assistant principals, tenured teachers, and tenured paraprofessionals have not received any written charges nor have we received a right to a hearing before the NYCDOE suspended us without pay.

4. The NYCDOE imposed a penalty of suspension without pay without complying with N.Y. Education Law § 3020-a.

5. I, and others similarly situated, have been suspended without any due process. The NYCDOE simply removed us from our positions without notice, charges, or a hearing.

6. The NYCDOE is disciplining us without providing us with our procedural due process rights.

7. On behalf of the Plaintiffs and all others similarly situated, I am requesting that the Court grant the Plaintiffs a Temporary Restraining Order and a Preliminary Injunction, restoring our pay and barring the NYCDOE from terminating our employment without due process.

*Nicole Broecker*
Nicole Broecker

Sworn before me on this
16 day of November 2021

Notary Public

2