UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

BROECKER *et al.*,

                  Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION, *et al.*,

                  Defendants.

------------------------------------------------------------ X

Index No. 21-cv-6387

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Dina Kolker of Stroock & Stroock & Lavan LLP certifies that she is admitted to practice in this Court and respectfully enters her appearance as counsel of record for Defendant United Federation of Teachers, Local 2, AFT, AFL-CIO ("UFT").

Dated: November 19, 2021        STROOCK & STROOCK & LAVAN LLP

                                      By:  */s/ Dina Kolker*
                                             Dina Kolker
                                             180 Maiden Lane
                                             New York, New York 10038
                                             Tel: (212) 806-5400
                                             Fax: (212) 806-6006
                                             dkolker@stroock.com

                                         *Attorney for Defendant UFT*