

**T**HE **C**ITY OF **N**EW **Y**ORK
# LAW DEPARTMENT

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | 100 CHURCH STREET<br>NEW YORK, NY 10007 | Andrea O'Connor<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-4015<br>Email: aoconnor@law.nyc.gov |

November 24, 2021

**BY ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

      Re:  <u>Broecker, et al. v. The New York City Department of Education, et al.</u>,
            21 Civ. 6387 (KAM)(LB)

Dear Judge Matsumoto:

      I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants New York City Department of Education and Meisha Porta (collectively, "DOE Defendants") in the above-captioned matter.  I write to certify that I have advised my clients of the Court's November 24, 2021 Order and have provided them with a copy of the Order.

      Respectfully submitted,

      /s/
      Andrea O'Connor
      Assistant Corporation Counsel

cc:    All Counsel (via ECF)