

By ECF

November 24, 2021

Dina Kolker
Direct Dial: 212.806.5606
dkolker@stroock.com

Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

Re: <u>Broecker *et al.* v. New York City Department of Education *et al.*</u>
Docket No. 21-cv-06387-KAM-LB

Dear Judge Matsumoto:

Our firm represent defendant United Federation of Teachers, Local 2, AFT, AFT-CIO (the "UFT") in the above-referenced matter. I write pursuant to the Court's November 24, 2021 Order concerning *ex parte* communications with the Court and Chambers.

I certify that, pursuant to the Order, the UFT has been advised of the contents of the Order and that we are not aware of any *ex-parte* communications from Stroock or the UFT.

Respectfully submitted,

/s/

Dina Kolker