

Dina Kolker<br>
Direct Dial: 212.806.5606<br>
dkolker@stroock.com

December 7, 2021

**By ECF**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Broecker, *et al.* v. New York City Department of Education, *et al.*
Docket No. 21 Civ. 6387 (KAM)(LB)**

Dear Judge Matsumoto:

I write on behalf of our client, defendant United Federation of Teachers ("UFT") regarding the above referenced matter.

Following review of the DOE Defendants' supplemental briefing, we just became aware of this Court's order in Garland, et al. v. New York City Fire Department, et al., Docket No. 21 CV 6586 (KAM)(CLP), ECF Doc. No. 24, issued yesterday.

As this order is heavily relied upon in DOE Defendants' supplemental briefing and concerns closely related issues to those at issue in Broecker, we respectfully request permission to address Garland, via supplemental letter submission to be filed via ECF by close of business Thursday, December 9, 2021.

Respectfully submitted,

*/s/ Dina Kolker*

Dina Kolker

cc: Counsel of Record (By ECF)

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com