

Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ∷
Kiki Chrisomallides*
Kevin D. Porter
Susan Vari

Edward J. Arevalo
Graig R. Avino*
Michael J. Battiste
Robert Boccio
Dylan Braverman
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen
Adam S. Covitt

Charles K. Faillace ±
Jerry Giardina
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Megan A. Lawless‡
Guy A. Lawrence
Timothy P. Lewis --
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Tammy A. Trees
Christopher Whitton
Julia F. Wilcox ∷
Nicole R. Wittman
Arthur I. Yankowitz**

Theresa A. Bohm
Angela R. Bonica *
Lindsey T. Brown
Matthew M. Califano †
Patricia M. Comblo ∷ ±
Brian DiPentima*
Michael P. Diven * ** ∷
Tyler M. Fiorillo
Lauren P. Ingvoldstad†
Rani B. Kulkarni
Nicole E. Martone
Daniel O'Connell * ■
Brian C. Pearn
Andres J. Sanchez
Kathleen M. Thompson
Claudine Travers
Alexandra Zerrillo * ** ∷
Erica B. Zilber *

*Of Counsel*
Margaret Antonino* ■
Josie M. Conelley
Roseann V. Driscoll
Mary M. Holupka
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in Florida
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
∷ Also Admitted to Practice in MA
Δ Also Admitted to Practice in AZ, CA and NJ
∷ Admitted to Practice in CO
† Admission Pending

February 2, 2022

Hon. Kiyo A. Matsumoto
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Broecker et al., v. Scheinman Arbitration et al
        Docket No.: 21-cv-6387
        VBPNP File No.: 72-066

Dear Judge Matsumoto:

  This office was recently retained to represent Defendants Martin F. Scheinman, Scheinman Arbitration and Mediation Services, and Scheinman Arbitration and Mediation Services, LLC (hereinafter "Scheinman") in the above referenced matter.

  Pursuant to this Court's Order dated 1/27/22, the newly-named Defendants were directed to file responses to letters requesting a pre-motion conference by Defendants United Federation of Teachers and Defendants New York City Department of Education and Meisha Porter. Scheinman Defendants do not oppose the above-mentioned letters and concur with the proposed briefing schedule.

  Of note, Scheinman Defendants intend to seek a pre-motion conference on and/or leave to file a pre-answer motion to dismiss the Amended Complaint based on, *inter alia*, arbitrators' quasi-judicial immunity and a complete lack of any allegations giving rise to a cognizable §1983 conspiracy claim. A letter seeking same will be filed in a timely manner in accordance with this Court's Rules. The undersigned will confer with the parties regarding a proposed briefing schedule.

            Respectfully submitted,

            *Karolina Wiaderna*
            Karolina Wiaderna

cc: all counsel of record

300 Garden City Plaza • Suite 100 • Garden City, New York 11530 • Phone: (516) 282-3355 • Fax: (516) 908-4960

*Office Locations in* WESTCHESTER MANHATTAN NEW JERSEY CONNECTICUT FLORIDA COLORADO