Present: Hon. __Judy H. Kim__
                    Justice

At ___ Part 5 of the Supreme Court of the State of New York held in and for the County of New York at the Courthouse located at 80 Centre Street, New York, New York on the 10th day of February, 2022.

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
--------------------------------------------------------------X

THE NEW YORK CITY MUNICIPAL LABOR COMMITTEE, by its Chair HARRY NESPOLI; UNIFORMED SANITATIONMEN'S ASSOCIATION, LOCAL 831 IBT, by its President HARRY NESPOLI; POLICE BENEVOLENT ASSOCIATION, by its President PATRICK LYNCH; UNIFORMED FIREFIGHTERS ASSOCIATION LOCAL 94 I.A.F.F. AFL-CIO by its President ANDREW ANSBRO; UNIFORMED FIRE OFFICERS ASSOCIATION, by its President JAMES MCCARTHY; UNITED FEDERATION OF TEACHERS, by its President MICHAEL MULGREW; COUNCIL OF SCHOOL SUPERVISORS AND ADMINISTRATORS, by its President MARK CANNIZZARO; INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 237, IBT, by its President GREGORY FLOYD; CORRECTION OFFICER'S BENEVOLENT ASSOCIATION, by its President BENNY BOSCIO; COMMUNICATION WORKERS OF AMERICA NYC LOCAL 1180, by its President GLORIA MIDDLETON; SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 246, by its President JOSEPH COLANGELO; LIEUTENANTS BENEVOLENT ASSOCIATION, by its President LOUIS TURCO; SERGEANT'S BENEVOLENT ASSOCIATION, by its President VINCENT VALLELONG; DETECTIVES ENDOWMENT ASSOCIATION, by its President PAUL DiGIACOMO; CAPTAINS ENDOWMENT ASSOCIATION, by its President CHRISTOPHER MONOHAN; SANITATION OFFICERS' ASSOCIATION, LOCAL 444, by its President JOSEPH MANNION; UNIFORMED SANITATION CHIEFS ASSOCIATION, by its President IGNAZIO AZZARA; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 30, by its Business Manager WILLIAM LYNN; DISTRICT COUNCIL NO. 9

: Index No. 151169/2022

: Hon. Judy H. Kim J.S.C.

**ORDER TO SHOW CAUSE FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

1

PAINTERS & ALLIED TRADES by its Business Manager and Secretary Treasurer JOSEPH AZZOPARDI; INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 3 by its President THOMAS J. CLEARY; INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 891, by its President ROBERT TROELLER; SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 300 by its President JAMES GOLDEN; BOILERMAKERS, BLACKSMITHS & METAL WORK MECHANICS, LOCAL 5, by its Business Manager STEVE LUDWIGSON; SERVICE EMPLOYEES INTERNATIONAL UNION SUPERVISORS, LOCAL 621, by its President CARL CHIARAMONTE; ORGANIZATION OF STAFF ANALYSTS, by its President ROBERT CROGHAN; N.Y.C. DISTRICT COUNCIL OF CARPENTERS, UBCJA, by its President PAUL CAPURSO; CORRECTION CAPTAINS' ASSOCIATION, INC., by its President PATRICK FERRAIUOLO; UNITED PROBATION OFFICERS ASSOCIATION, by its President DALVANIE POWELL; ALLIED BUILDING INSPECTORS LOCAL 211, by its President NELSON MAS,

      Plaintiffs,

 -against-

THE CITY OF NEW YORK; BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK; and THE NEW YORK CITY HOUSING AUTHORITY,

      Defendants.

-------------------------------------------------------------------X

Upon review of the annexed Complaint and the exhibits annexed thereto; the Affirmation of Emergency and in Support of Application for Temporary Restraining Order and Preliminary Injunction, dated February 8, 2022; the Affirmation of Beth Norton, dated February 8, 2022; the Affirmation of David Grandwetter, dated February 8, 2022, and the accompanying Memorandum of Law, dated February 8, 2022, and for ~~good~~ sufficient cause ~~shown, it is hereby:~~ being alleged

LET ~~ORDERED that~~ Defendants, by their counsel, show cause before this Court at the Supreme Court Courthouse in the County of New York, ~~60~~ 80 Centre Street, New York, NY, in IAS Part 5 as assigned by the court and per the Court's instructions, on March 1, 2022 at ~~9:30~~ 11:00 a.m. or as soon thereafter as counsel may be heard, why an Order should not be made herein:

1. Declaring that Defendants violated the due process rights of unvaccinated employees represented by Plaintiffs, pursuant to statute and the individual Plaintiffs' respective collective bargaining agreements;

2. Enjoining Defendants from summarily terminating these employees due to vaccination status, without due process; and

3. Granting such other and further relief as the Court may deem appropriate.

~~IT IS FURTHER ORDERED that pending the hearing upon the aforementioned Complaint, Defendants are temporarily restrained from terminating employees represented by Plaintiffs due to vaccination status.~~

[Denied interim. See interim order. /JSC]

**SUFFICENT CAUSE ~~APPEARING~~ BEING ALLEGED THEREFORE, IT IS ORDERED** that leave is hereby granted to Plaintiffs to submit upon the return day of this Order to Show Cause, and any subsequent day as shall be determined by the Court on said return day, such additional evidence, exhibits, legal memoranda and other proof as may be necessary.

[signature /JSC]

**IT IS FURTHER ORDERED,** that service of a copy of this Order together with the papers upon which it is granted, along with the Summons and Complaint, be made upon all Defendants by email or personal service on or before the 17th day of February, 2022; and that such method of service shall be deemed good and sufficient service thereof.

**IT IS FURTHER ORDERED** that papers in response to the relief requested herein, if any, shall be filed on the NYSCEF system and e-mailed to Alan M. Klinger at aklinger@stroock.com and Dina Kolker at dkolker@stroock.com, on or before the 24th day of February, 2022.

~~Signed this ___ day of ___, 2022, at New York, New York.~~

Oral Argument Directed

_____
JSC HON. JUDY H. KIM

ENTER:

_____
JSC HON. JUDY H. KIM

Index No. 151169/2022