# SUPREME COURT OF THE STATE OF NEW YORK
## NEW YORK COUNTY

PRESENT:   **HON. JUDY H. KIM**                          PART _____05_____

*Justice*

-------------------------------------------------------------------------------X

THE NEW YORK CITY MUNICIPAL LABOR COMMITTEE, UNIFORMED SANITATIONMEN'S ASSOCIATION, LOCAL 831 IBT, POLICE BENEVOLENT ASSOCIATION, UNIFORMED FIREFIGHTERS ASSOCIATION LOCAL 94 I.A.F.F. AFL-CIO, UNIFORMED FIRE OFFICERS ASSOCIATION, UNITED FEDERATION OF TEACHERS, COUNCIL OF SCHOOL SUPERVISORS AND ADMINISTRATORS, INTERNATIONAL BROTHERHOOD OF TEAMSTERS, LOCAL 237, IBT, CORRECTION OFFICER'S BENEVOLENT ASSOCIATION, COMMUNICATION WORKERS OF AMERICA NYC LOCAL 1180, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 246, LIEUTENANTS BENEVOLENT ASSOCIATION, SERGEANT'S BENEVOLENT ASSOCIATION, DETECTIVES ENDOWMENT ASSOCIATION, CAPTAINS ENDOWMENT ASSOCIATION, SANITATION OFFICERS' ASSOCIATION, LOCAL 444, UNIFORMED SANITATION CHIEFS ASSOCIATION, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 30, DISTRICT COUNCIL NO. 9 PAINTERS & ALLIED TRADES, INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 3, INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 891, SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 300, BOILERMAKERS, BLACKSMITHS & METAL WORK MECHANICS, LOCAL 5, SERVICE EMPLOYEES INTERNATIONAL UNION SUPERVISORS, LOCAL 621, ORGANIZATION OF STAFF ANALYSTS, N.Y.C. DISTRICT COUNCIL OF CARPENTERS, UBCJA, CORRECTION CAPTAINS' ASSOCIATION, INC.,UNITED PROBATION OFFICERS ASSOCIATION, ALLIED BUILDING INSPECTORS, LOCAL 211

INDEX NO. ___151169/2022___

**INTERIM ORDER**

Plaintiffs,

- v -

THE CITY OF NEW YORK, BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK, THE NEW YORK CITY HOUSING AUTHORITY,

Defendants.

-------------------------------------------------------------------------------X

The Court declines to grant plaintiffs' request, in its proposed Order to Show Cause

(NYSCEF Doc. No. 26), for an order temporarily restraining defendants from terminating certain

Case 1:21-cv-06387-KAM-LB   Document 86-2   Filed 02/11/22   Page 2 of 2 PageID #: 2715

employees represented by plaintiffs pending the hearing of plaintiffs' complaint. Plaintiffs have failed to demonstrate a sufficient likelihood of success on the merits, a reasonable risk of irreparable harm, or that the equities balance in their favor to justify such relief (See e.g., Dua v New York City Dept. of Parks and Recreation, 84 AD3d 596, 597 [1st Dept 2011]).

This constitutes the decision and order of the Court.

DATE: 2/10/2022

JUDY H. KIM, JSC

Check One:    ☐ Case Disposed    ☒ Non-Final Disposition

Check if Appropriate:    ☒ Other (Specify    DENIAL OF TRO – RELATED TO NYSCEF DOC NO.26    )