**COHEN WEISS AND SIMON LLP**

**Peter D. DeChiara, Partner**
Tel:  212.356.0216
Fax:  646.473.8216
pdechiara@cwsny.com
www.cwsny.com

900 Third Avenue, Suite 2100 • New York, NY 10022-4869

February 11, 2022

<u>By ECF</u>

Hon. Kiyo A. Matsumoto
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

     Re:    <u>*Broecker et al. v. Martino et al.,*  1:21-cv-06387-KAM-LB</u>

Dear Judge Matsumoto:

     This office represents Defendants District Council 37, AFSCME, AFL-CIO ("DC 37"); Local 372 of DC 37; Local 1251 of DC 37; Henry Garrido; Shaun Francois; and Francine Francis (together, "DC 37 Defendants") in the above-referenced case.

     We write pursuant to the Court's January 27 order requiring Defendants to file a response to the January 26 pre-motion conference requests of Defendants New York City Department of Education [Docket Entry #61] and United Federation of Teachers [Docket Entry #62]. We apologize to the Court for not filing a response earlier, but it was only two days ago that we were retained by the DC 37 Defendants. The DC 37 Defendants have no objection to the requests of the New York City Department of Education and the United Federation of Teachers, and have no further position on those requests at this time.

     We are currently reviewing the pleadings and considering whether the DC 37 Defendants will file their own request for a pre-motion conference on an anticipated motion to dismiss.

                                             Respectfully submitted,

                                             Peter D. DeChiara

PDD:amh
cc:  Counsel of Record (via ECF)

9788358.2