UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------- x

NICOLE BROECKER, et al., on behalf of themselves and
all other similarly situated employees of the New
York City Department of Education,,

**DECLARATION OF
ANDREA O'CONNOR IN
SUPPORT OF DOE
DEFENDANTS'
MOTION TO DISMISS
THE AMENDED
COMPLAINT**

Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,
MEISHA PORTER, et al.,

No. 21 Civ 6387 (KAM)(LB)

Defendants.

-------------------------------------------------------------------------- x

      **ANDREA O'CONNOR** declares, pursuant to 28 U.S.C. § 1746 and subject to the

penalties of perjury, that the following is true and correct:

      1.     I am an Assistant Corporation Counsel in the office of Hon. Sylvia O.

Hinds-Radix, Corporation Counsel of the City of New York, attorney for Defendants New York

City Department of Education and Meisha Porter (collectively DOE Defendants) and as such I am

familiar with the facts as set forth herein.

      2.     I respectfully submit this declaration in support of DOE Defendants'

Motion to Dismiss the Amended Complaint.

      3.     Attached hereto as Exhibit "A" is copy of the unpublished decision in

Maniscalco v. BOE, et al., Index No. 160725/2021 (N.Y. Sup., N.Y. Cnty); Giammarino v. BOE,

et al., Index No. 160829/2021 (N.Y. Sup., N.Y. Cnty); Clarke v. BOE, et al., Index No.

160787/2021; <u>Salas v. BOE, et al.</u>, Index No. 160821/2021 (collectively "<u>Maniscalco</u> Art. 78

Decision").

Dated:       New York, New York
              April 4, 2022

                      **HON. SYLVIA O. HINDS-RADIX**
                      Corporation Counsel of the
                       City of New York
                      Attorney for DOE Defendants
                      100 Church Street, Room 2-100
                      New York, New York 10007-2601
                      (212) 356-4015

             By:                    /s/
                      Andrea O'Connor
                      Assistant Corporation Counsel
                      aoconnor@law.nyc.gov

TO:    All Counsel (via e-mail and ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

all other similarly situated employees of the New
York City Department of Education,,

Plaintiffs,

- against -

NEW YORK CITY DEPARTMENT OF EDUCATION,
MEISHA PORTER, et al.,

Defendants.

**DECLARATION**

***HON. SYLVIA O. HINDS-RADIX***
*Corporation Counsel of the City of New York*
*Attorney for DOE Defendants*
*100 Church Street, Room 2-100*
*New York, N.Y. 10007*

*Of Counsel: Andrea O'Connor*
*Tel: (212) 356-4015*

*Due and timely service is hereby admitted.*

*New York, N.Y. ............................................................ , 20......*

*............................................................................................, Esq.*

*Attorney for....................................................................................*