UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
NICOLE BROECKER, et al., on behalf of themselves and all other similarly situated employees of the New York City Department of Education,

                                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, MEISHA PORTER, in her official and individual capacities, UNITED FEDERATION OF TEACHERS, LOCAL 2, AMERICAN FEDERATION OF TEACHERS, AFL-CIO, MICHAEL MULGREW, in his official and individual capacities, JOHN DOE #1-10, in their official and individual capacities; and JANE DOE #1-10 in their official and individual capacities,

                                Defendants.
-------------------------------------------------------------------X

DOCKET NO.
21-CV-06387

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon all prior pleadings and proceedings herein, the Declaration of KAROLINA WIADERNA Esq., with annexed exhibits, and the accompanying Memorandum of Law, dated April 4, 2022, the defendants **Martin F. Scheinman, Scheinman Arbitration and Mediation Services, and Scheinman Arbitration and Mediation Services, LLC** will move this Court before the Honorable Kiyo A. Matsumoto, at the United States Courthouse, located at 225 Cadman Plaza East, Brooklyn New York 11201, on a date to be determined by the Court, for an Order: (i) dismissing the complaint, with prejudice, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure for failure to state a claim upon which relief can be granted; and (ii) granting such other and further relief as this Court deems just and proper.

Dated: Garden City, New York
       April 4, 2022

 Respectfully submitted,
 VIGORITO, BARKER, PATTERSON,
 NICHOLS & PORTER, LLP

 *Karolina Wiaderna*

 KAROLINA WIADERNA, Esq.
 *Attorneys for Defendants*
 **Martin F. Scheinman, Scheinman Arbitration and Mediation Services, and Scheinman Arbitration and Mediation Services, LLC**
 300 Garden City Plaza, Suite 100
 Garden City, New York 11530
 (516) 282-3355

TO:
THE SCHER LAW FIRM, LLP
Attorneys for Plaintiff(s)
One Old Country Road, Suite 385
Carle Place, NY 11514
516-746-5040
Austin R. Graff
agraff@scherlawfirm.com

Hon. Sylvia O. Hinds-Radix
Corporation Counsel of the City of NY
ANDREA MARY O'CONNOR
NYC Law Department
Attorneys for Defendants
NYC Department of Education and Meisha Porter
100 Church Street, Room 2-104
New York, NY 10007
212-356-4015
aoconnor@law.nyc.gov
Ivan A. Mendez, Jr. – imendez@law.nyc.gov

STROOCK & STROOCK & LAVAN
Attorneys for Defendants
United Federation of Teachers, Local 2,
American Federation of Teachers, AFL-CIO and
Counsel of Supervisors and Administrators
180 Maiden Lane
New York, NY 100038
212-806-5400
Alan M. Klinger – aklinger@stroock.com
Arthur Herskowitz – aherskowitz@stroock.com
Dina Kolker – dkolker@stroock.com

Beth A. Norton, Eq.
United Federation of Teachers, Local 2, AFT, AFL-CIO
52 Broadway
New York, NY 10004
212-701-9420
bnorton@uft.org
Co-counsel for the UFT Defendants

David A. Grandwetter, Esq.
Council of School Supervisors and Administrators
40 Rector Street, 12th Fl
New York, NY 10006
(718) 852-3000
david@csa-nyc.org
Co- counsel for CSA Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2022 a copy of the foregoing **NOTICE OF MOTION, DECLARATION, supporting exhibits** and **MEMORANDUM OF LAW** were served upon the following party via email:

| | |
|---|---|
| THE SCHER LAW FIRM, LLP<br>Attorneys for Plaintiff(s)<br>One Old Country Road, Suite 385<br>Carle Place, NY 11514<br>516-746-5040<br>Austin R. Graff<br>agraff@scherlawfirm.com<br><br>Hon. Sylvia O. Hinds-Radix<br>Corporation Counsel of the City of NY<br>ANDREA MARY O'CONNOR<br>NYC Law Department<br>Attorneys for Defendants<br>NYC Department of Education and Meisha Porter<br>100 Church Street, Room 2-104<br>New York, NY 10007<br>212-356-4015<br>aoconnor@law.nyc.gov<br>Ivan A. Mendez, Jr. – imendez@law.nyc.gov | STROOCK & STROOCK & LAVAN<br>Attorneys for Defendants<br>United Federation of Teachers, Local 2,<br>American Federation of Teachers, AFL-CIO and<br>Counsel of Supervisors and Administrators<br>180 Maiden Lane<br>New York, NY 100038<br>212-806-5400<br>Alan M. Klinger – aklinger@stroock.com<br>Arthur Herskowitz – aherskowitz@stroock.com<br>Dina Kolker – dkolker@stroock.com<br><br>Beth A. Norton, Eq.<br>United Federation of Teachers, Local 2, AFT, AFL-CIO<br>52 Broadway<br>New York, NY 10004<br>212-701-9420<br>bnorton@uft.org<br>Co-counsel for the UFT Defendants<br><br>David A. Grandwetter, Esq.<br>Council of School Supervisors and Administrators<br>40 Rector Street, 12th Fl<br>New York, NY 10006<br>(718) 852-3000<br>david@csa-nyc.org<br>Co- counsel for CSA Defendants |

VIGORITO, BARKER, PATTERSON,
NICHOLS & PORTER, LLP


By:   *Karolina Wiaderna*
      KAROLINA WIADERNA
      k.wiaderna@vbpnplaw.com
*Attorneys for Defendants*
**Martin F. Scheinman, Scheinman Arbitration and Mediation Services, and Scheinman Arbitration and Mediation Services, LLC**
300 Garden City Plaza, Suite 100
Garden City, New York 11530
(516) 282-3355