# EXHIBIT A

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------------ X
In the Matter of the Arbitration
                                                 X
            between
                                                 X
NEW YORK CITY DEPARTMENT OF EDUCATION                    Re: UFT.025
                                                 X
              and
                                                 X
        TAMI BENEDUCE
                                                 X
------------------------------------------------ X
```

Issue: _____

Date of Hearing: _____

### Award

APPLICATION FOR EXEMPTION: GRANTED [ ]    DENIED [X]    OTHER [ ]

_____

_____

_____

_____

_____

_____

_____     _____9/24/2021_____
Arbitrator                         Date

*Martin F. Scheinman, Esq.*

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------------- X
In the Matter of the Arbitration
                                                  X
            between
                                                  X
NEW YORK CITY DEPARTMENT OF EDUCATION                    Re: UFT.025
                                                  X
            and
                                                  X
      TAMI BENEDUCE
                                                  X

------------------------------------------------- X
```

Issue: _____

Date of Hearing: _____

### Award

APPLICATION FOR EXEMPTION:   GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

_____

_____

_____

_____

_____        9/24/2021
Arbitrator                           Date

Martin F. Scheinman, Esq.

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------------ X
In the Matter of the Arbitration                 X
              between                            X
NEW YORK CITY DEPARTMENT OF EDUCATION            X    Re: UFT.207
                and                              X
         MARGHERITA DE BONIS                     X
                                                 X
------------------------------------------------ X
```

Issue: _Religious Exemption_

Date of Hearing: _N/A_

## Award

APPLICATION FOR EXEMPTION:  GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

_____

_____

_____

_____

_____         _9/24/2021_
Arbitrator                         Date

_Martin F. Scheinman, Esq_

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------------ X
In the Matter of the Arbitration                 X
              between                            X
NEW YORK CITY DEPARTMENT OF EDUCATION            X    Re: UFT.207
                                                 X
                and                              X
      MARGHERITA DE BONIS                        X
                                                 X
------------------------------------------------ X
```

Issue: _Religious Exemption_

Date of Hearing: _N/A_

## Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

_____   ___9/24/2021___
Arbitrator                       Date

_Martin F. Scheinman, Esq_