# EXHIBIT B

SCHEINMAN ARBITRATION AND MEDIATION SERVICES
---------------------------------------- X
In the Matter of the Arbitration          X
between                                   X
NEW YORK CITY DEPARTMENT OF EDUCATION     X     Re: UFT. 962
                                          X
and                                       X
ANASTASIA CHRISTOPOULOS                   X
                                          X
---------------------------------------- X

Issue: _Religious Exemption_

Date of Hearing: _____

### Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

_____

_____

_____

_____

_____          9/4/21
Arbitrator                          Date
Barry J. Peck, Esq.

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------ X
In the Matter of the Arbitration
                                           X
              between
                                           X
NEW YORK CITY DEPARTMENT OF EDUCATION            Re: UFT.1483
                                           X
                and
                                           X
         SALLY MUSSAFI
                                           X

------------------------------------------ X
```

Issue:   Religious Exemption

Date of Hearing: _____

## Award

**APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]**

_____

_____

_____

_____

_____

_By J. Peek_ (signature)                     09/28/2021
_____          _____
**Arbitrator**                                **Date**
Barry Peek

SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------------ X
In the Matter of the Arbitration                 X
            between                              X
NEW YORK CITY DEPARTMENT OF EDUCATION            X    Re: UFT. 1058
            and                                  X
     JESSICA NARCISO                             X
                                                 X
------------------------------------------------ X

Issue: _____Medical Exemption_____

Date of Hearing: _____

## Award

APPLICATION FOR EXEMPTION: GRANTED [ ]    DENIED [X]    OTHER [ ]

_____

_____

_____

_____

_____

_____[signature]_____    ____9/25/21____
Arbitrator                          Date

[signature: Barry J. Peek, Esq.]

Barry Peek | Scheinman Arbitration & Mediation Services



516-944-1700    info@scheinmanneutrals.com



a



**BARRY J. PEEK, Esq.,** Arbitrator and Mediator, has over 40 years of experience in the field of labor and employment law, most recently serving as Co-Chair of the Labor Group of the distinguished law firm, Meyer, Suozzi, English & Klein, P.C. He represented clients in all aspects of labor and employment law, including the negotiation and enforcement of collective bargaining agreements and the handling of over one thousand discipline and contract arbitrations, as well as improper practice proceedings, mediations, fact-finding and interest arbitration proceedings.

Mr. Peek, B.A., Brooklyn College of the City University of New York; J.D. Hofstra University School of Law, Adjunct Professor at the Cornell School of Industrial Relations, is a member of the Long Island and New York City Labor and Employment Relations Associations ("LERA"), as well as the New York State, New York City and Nassau County Bar Associations.

Since joining SAMS, Peek has been chosen to serve as arbitrator on the following panels: Nassau County and CSEA, Local 830; AAA Employment and Labor Arbitration Panels; PERB Mediation and Fact Finding Panel; New York City Housing Authority & Local 237, IBT Local Discipline Panel and New York City Department of Education, the United Federation of Teachers Section 3020-a Hearing Panel and the New York City Office of Collective Bargaining.

Mr. Peek has comprehensive knowledge of the National Labor Relations Act, the Taylor Law, the New York State Labor Law, the Fair Labor Standards Act, the New York State Wage and Hour Laws, Title VII of the Civil Rights Act, the New York Human Rights Law, the New York City Human Rights Law, the Age Discrimination in Employment Act, the Americans With Disabilities Act and the Family Medical Leave Act. In his prior position, he regularly appeared before state and federal courts, the NLRB, PERB, the New York State Division of Human Rights, the EEOC, the New York State Labor Board and OSHA.

Peek has extensive experience in labor and employment issues in the restaurant and hospitality industry, fashion, publishing, retail, broadcasting (national television and national cable), telecommunications, medical, healthcare, financial and public sector (education, corrections, police, civil servants and social services).

Peek is a contributor to the New York Law Journal, the Long Island Business News and the Labor Press.

Mr. Peek has been the President of the National Cancer Center since 2010.

Barry J. Peek, barry.peek@scheinmanneutrals.com, 516.944.1700

Executive Assistant, Elva Prohens, elva.prohens@scheinmanneutrals.com 516.595.3278

© 2022 | All Rights Reserved | Scheinman Arbitration & Mediation Services.