# EXHIBIT C

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------ X
In the Matter of the Arbitration
                                           X
            between
                                           X
NEW YORK CITY DEPARTMENT OF EDUCATION            Re: Religious
                                           X     Exemption
                                                 (UFT.1623)
                                           X
            and
                                           X
Elizabeth Loiacono
                                           X

------------------------------------------ X
```

Issue:    Religious Exemption to Vaccine Mandate

Date of Hearing: October 1, 2021

### Award

**APPLICATION FOR EXEMPTION: GRANTED [ ]    DENIED [X]    OTHER [ ]**


_____          10/2/21
Daniel McCray, Arbitrator          Date

.cls-1 { fill: #fff; } .cls-2 { fill: none; stroke: #222; stroke-width: 0.5px; } .cls-3 { fill: #222; } .cls-4 { fill: #a02629; } .cls-5 { mask: url(https://www.ilr.cornell.edu/#mask); } .cls-6 { mask: url(https://www.ilr.cornell.edu/https://www.ilr.cornell.edu/#mask-2-2); } Logo for Cornell University and the ILR School The Cornell University logo seal and the ILR School logo placed side-by-side.

☐

# Dan McCray

Director, LR Prog, Scheinman Inst.
Dan McCray is the Director of Labor Relations Programs where he manages and teaches Cornell ILR School's professional programs in collective bargaining, contract administration, arbitration advocacy and complex negotiations. Dan has worked with hundreds of students across dozens of organizations in the private and public sector in the United States, Latin America and Europe to develop labor, bargaining and negotiation strategies, engage in collective bargaining, advocate at hearings, handle complex multi-party negotiations and successfully manage workplace conflict. Prior to becoming Director in 2011, Dan was a management side Labor Relations Director and Chief Strategist for several multi-billion dollar organizations in the US and practiced law. He is a graduate of Macalester College and New York University School of Law.



News
Events
About ILR
ILRie Alumni Magazine
Contact Us
Diversity, Equity and Inclusion
Privacy Policy
ILR Brand
Coronavirus Resources
Directory
Centers & Institutes
Catherwood Library
Conference Centers
College Map
For faculty and staff
Web Accessibility
Dean's Statements

LinkedIn
Facebook
Twitter
Instagram
Youtube

© 2022 Cornell University | ILR School