# EXHIBIT D

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
------------------------------------------- X
In the Matter of the Arbitration
                                             X
            between
                                             X
NEW YORK CITY DEPARTMENT OF EDUCATION                Re: UFT.388
                                             X
            and
                                             X
AMOURA BRYAN
                                             X

------------------------------------------- X
```

Issue:   Religious Exemption

Date of Hearing: September 24, 2021

## Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]


_____            September 25, 2021
Arbitrator Robert A. Grey, Esq.              Date



# The Scheinman Institute on Conflict Resolution

# Robert A. Grey, Esq.

Scheinman Institute / Roster of Neutrals / Robert A. Grey, Esq.

Labor and Employment * Arbitrator and Mediator * Full Time
Grey Area Dispute Services, Inc.
38 Stiles Drive
Melville, NY 11747-1016
Phone: 631-549-5853
Fax: 631-918-5853
Email: GreyAreaADR@gmail.com
Website address: http://www.ilr.cornell.edu/scheinman-institute/roster-neutrals/robert-grey-esq

Professional Work History:

Dedicated to providing impartial, fair and efficient arbitration and mediation services exclusively in Labor and Employment, throughout the United States, in both the public and private sectors, since 2007.

Member, National Academy of Arbitrators

Full range of discipline, discharge and contract interpretation issues.

Virtual/video proceedings ready, willing, able, and experienced.

SAM-Registered; CAGE Code 5BS95

LABOR ARBITRATION EXPERIENCE/PANELS
Permanent Panels:
Bituminous Coal Operators' Association / United Mine Workers of America

Fairview Fire District / Greenburgh Uniformed Firefighters Assoc., Local 1586, IAFF
Governor's Office of Employee Relations / Police Benevolent Association of NY State
Greenport, Village of / Civil Service Employees Association, Local 1000, AFSCME
Irvington, Village of / Irvington Police Benevolent Association
Mackenzie Automatic Doors, Inc. / United Brotherhood of Carpenters and Joiners
MTA NYC Transit Authority / Transport Workers Union, Local 100
NY City Department of Education / United Federation of Teachers, Local 2, AFT
NY City Mandatory COVID Vaccine Exemption/Accommodation Appeals (all Unions)
Philadelphia, City of / Fraternal Order of Police, Police Termination Arbitration Board
NY State Education Department / NY State United Teachers
SEPTA / Fraternal Order of Transit Police
US Postal Service / American Postal Workers Union
White Plains, City of / White Plains Professional Fire Fighters Assoc., Local 274, IAFF

Arbitration Rosters:
American Arbitration Association
Cornell ILR National Roster of Neutrals
Federal Mediation and Conciliation Service
Illinois State Board of Education Tenured Teacher Hearing Officer
Illinois State Universities Civil Service System Hearing Officer
National Mediation Board; National Railroad Adjustment Board
NJ Public Employment Relations Commission; NJ State Board of Mediation
NJ Tenured Teacher Arbitrator "NJ TEACH"
NY City Office of Collective Bargaining Register of Neutrals
NY State Education Department Tenured Teacher Hearing Officer
NY State Public Employment Relations Board
Pennsylvania Department of Labor & Industry, Bureau of Mediation
Port Authority of NY/NJ Employment Relations Panel
Washington State Public Employment Relations Commission Law Enforcement Arbitrator

LABOR and EMPLOYMENT MEDIATION EXPERIENCE/PANELS
Collective bargaining mediator and fact-finder

Mediator, US Postal Service Redress Mediation Program: As impartial permanent mediator for more than 10 years, mediated hundreds of disputes involving labor and employment issues. Often resolved related CBA interpretation and/or disciplinary grievances and/or workplace disputes, in addition to the statutory rights claims.

Mediator, US Equal Employment Opportunity Commission
Mediator, US Nuclear Regulatory Commission

LABOR and EMPLOYMENT PUBLICATIONS and SPEAKING ENGAGEMENTS

Senior Editor, The Railway Labor Act, Fourth Ed., 2017-2021 Annual Cumulative Supps.
Senior Editor, The Railway Labor Act, Fourth Ed., 2016, Bloomberg BNA
Senior Editor, The Railway Labor Act, Third Ed., 2014 and 2015 Cumulative Supps.
Chapter Author, The Family Medical Leave Act, 2015 Cumulative Supp., Bloomberg BNA

Adjunct Instructor, Cornell University ILR, Scheinman Institute on Conflict Resolution
Mentor, Cornell University ILR, Scheinman Institute on Conflict Resolution
Mentor, Rutgers University School of Management and Labor Relations
Mentor, New York State Bar Assn. Labor and Employment Section Labor Arbitrator Mentor Program
Mentor, American Arbitration Association Higginbotham Fellows Program

Panelist/Speaker at various AAA, FMCS, NAA, NARR and Bar Association L&E meetings/events.

OTHER RELEVANT LABOR and EMPLOYMENT EXPERIENCE
Law enforcement officer, detective, supervisor and manager (retired)
Certified Instructor, Div. of Criminal Justice Services, Municipal Police Training Council
Certified Firefighter, Interior and Exterior
Certified in Environmental Noise and Sound Measurement

Collective bargaining mediator and fact-finder; election arbitrator; card-check arbitrator
Complex Public Education Issues – specialized training by FMCS and NAA

Cornell University Dispute Resolution Training (Course titles and dates taken)

Certificates in Labor and Employment Arbitration and Mediation; Advanced Certificate in Workplace ADR and Conflict Management. Member of inaugural graduating class of Labor Arbitrator Development Program (certificate awarded).

Professional Associations

National Academy of Arbitrators
National Association of Railroad Referees
Labor and Employment Relations Association
Labor and Employment Sections of various Bar Associations
Society of Federal Labor and Employee Relations Professionals

## Education

Cornell University School of Industrial and Labor Relations, Scheinman Institute on Conflict Resolution: Certificates in Labor and Employment Arbitration and Mediation; Advanced Certificate in Workplace ADR and Conflict Management. Labor Arbitrator Development Program, Certificate.

Rutgers University School of Management and Labor Relations and New Jersey Public Employment Relations Commission (NJ PERC): Certificate in Public Sector Labor Relations.

Federal Mediation and Conciliation Service: Labor Arbitrator Institute, Certificate.

New York Law School: Juris Doctor. John Ben Snow Scholar.

Binghamton University: Bachelor of Arts in Economics; Adjunct in Business Management. International Economics Honor Society.

## References

Available Upon Request

## Fee Policy

Available Upon Request



News
Events
About ILR
ILRie Alumni Magazine
ILR Brand
Coronavirus Resources and Updates
Diversity, Equity and Inclusion
Privacy policy

Directory
Centers and Institutes
Catherwood Library
Conference Centers
College map
For faculty and staff
Contact Us at ILR
Web Accessibility

© 2022 Cornell University | ILR School