# EXHIBIT E

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
----------------------------------------------- X
In the Matter of the Arbitration
                                                 X
              between
                                                 X
NEW YORK CITY DEPARTMENT OF EDUCATION               Re: Religious
                                                    Exemption
                                                 X
              -and-
                                                 X
UNITED FEDERATION OF TEACHERS,
LOCAL 2 AFT, AFL-CIO                             X

              -and-                              X

ZABDIEL VALERA, UFT 1763                         X

----------------------------------------------- X
```

Issue: Appeal of Denial of Religious Exemption to COVID-19 Vaccine Mandate

Date of Hearing: September 30, 2021

### Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

_____

_____

_____

_____

_____

David J. Reilly, Esq.
Arbitrator

Date: October 4, 2021

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
----------------------------------------------- X
In the Matter of the Arbitration
                                                 X
              between
                                                 X
NEW YORK CITY DEPARTMENT OF EDUCATION                Re: Religious
                                                     Exemption
                                                 X

              -and-
                                                 X
UNITED FEDERATION OF TEACHERS,
LOCAL 2 AFT, AFL-CIO                             X

              -and-                              X

ZABDIEL VALERA, UFT 1763                         X

----------------------------------------------- X
```

Issue: Appeal of Denial of Religious Exemption to COVID-19 Vaccine Mandate

Date of Hearing: September 30, 2021

## Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

_____

_____

_____

_____

_____

_____

_____            Date: October 4, 2021
David J. Reilly, Esq.
Arbitrator



# The Scheinman Institute on Conflict Resolution

# Mr. David John Reilly, Esq.

Scheinman Institute / Roster of Neutrals / Mr. David John Reilly, Esq.

Arbitrator - Mediator
David J. Reilly, Esq.
64 East 94th Street
Suite 1G
New York, NY 10128
Phone: 212 996-3233
Fax: 212 410-6232
Email: djreilly@adr-practice.com
Website address: http://www.adr-practice.com

## Professional Work History:

David J. Reilly, Esq., Arbitrator & Mediator 07/06 - Present Medco Health Solutions, Inc. Senior Vice President - Labor Relations 07/95 - 06/06 Vice President - Employee Relations Counsel 06/91 - 07/95 Labor & Associate Counsel 05/87 - 06/91 Gibson, Dunn & Crutcher, Associate 04/85 - 05/87 Cahill, Gordon & Reindel, Associate 09/82 - 04/85

## Dispute Resolution Experience

An attorney for more than thirty-five years with extensive experience, first as an advocate and later as a full-time neutral, in labor and employment law and commercial disputes. As an arbitrator and mediator since 2006, have heard and/or mediated over a thousand cases involving a wide range of issues. In labor and employment law matters, issues addressed have included, among others: absenteeism; arbitrability; breach of contract; demotions; disability; discipline/discharge; discrimination/harassment/retaliation; employee benefit

buyouts/contribution rates/eligibility; ERISA; FLSA; health/safety; incentive compensation; independent contractor status; job classifications; job performance; leaves of absence; management rights; MPPAA; non-compete/restrictive covenants; overtime pay/distribution; past practice; pay rates; production standards; reductions-in-force; retirement benefit payouts; seniority; severance; sexual harassment; subcontracting; transfers/reassignments; reorganization; vacation; whistleblower; work assignments; work stoppages; and wrongful termination. In commercial matters, issues addressed have included, among others: breach of contract; breach of fiduciary duty; consumer fraud; derivative actions; corporate dissolution; foreclosure, professional malpractice; quantum meruit; subrogation of insurance claims; tortious interference with contract/economic advantage; trade secrets; and warranties.

Listed on the following rosters of arbitrators/mediators:
American Arbitration Association (Arbitration - Labor, Employment and Employee Benefits/Pension; Mediation);
Cornell University, Scheinman Institute on Conflict Resolution (Arbitration, Mediation & Fact-Finding);
Equal Employment Opportunity Commission (Mediation);
Federal Executive Board Shared Neutrals Program;
Federal Mediation & Conciliation Service (Labor Arbitration);
FINRA (Arbitration & Mediation);
National Mediation Board (Arbitration);
NJ Department of Education (Tenure Arbitration)
NJ Public Employee Relations Commission (Labor Arbitration & Police/Fire Special Disciplinary Arbitration);
NJ State Board of Mediation (Labor Arbitration)
NJ Superior Court (Mediation);
NYC Office of Collective Bargaining (Labor Arbitration);
NY Public Employment Relations Board (Public & Private Arbitration and Mediation & Fact-Finding);
NY Supreme Court, Commercial Division, Queens and Suffolk Counties (Mediation); and
Nuclear Regulatory Commission (Mediation)
United States District Court, E.D.N.Y. (Mediation)

Named as a panel arbitrator under a number of collective bargaining agreements, including:
NYC Department of Education/United Federation of Teachers, Local (3020-a Arbitration Panel-2009-2010, 2013-2017, 2018-2019);
SEIU Local 32BJ/Realty Advisory Board on Labor Relations, Inc.;
SEIU Local 32BJ/Allied Universal Security/ Securitas Security Services USA, Inc./Harvard Protection Services; and
SEIU Local 32BJ/Ramac Corp.;

Cornell University Dispute Resolution Training (Course titles and dates taken)

Cornell University, Scheinman Institute of Conflict Resolution - Advanced Certificate in Workplace Conflict Resolution

Other Dispute Resolution Training

American Arbitration Association - Various Arbitrator Training Programs;
Federal Executive Board Mediation Training;
FINRA - Basic Arbitrator Training;
FINRA - Basic Arbitrator & Chairperson Training
Hofstra University School of Law - 24-Hour Basic Mediation Skills Training (Transformative Model) and Advanced Transformative Mediation Training Sessions);
Labor Arbitration Salon of Richard Adelman and Carol Wittenberg
NYC Bar Association - Advanced Commercial Mediation Training (20 Hours);
NY State Bar Association, Labor & Employment Law Section, Arbitrator Mentoring Program;
NY Supreme Court Commercial Division, Queens County - 24-Hour Basic Mediation Skills Training and 8-Hour Advanced Skills Training; and
U.S. Nuclear Regulatory Commission Mediator Training

Professional Associations

American Bar Association (ADR and Labor & Employment Law Sections, Committees: EEO, Employee Benefits, NLRA);
New York State Bar Association (Dispute Resolution and Labor & Employment Law Sections);
New Jersey Bar Association (Dispute Resolution and Labor & Employment Law Sections);
National Academy of Arbitrators (Member)
New Jersey Association of Professional Mediators;
New York City Bar Association (Labor & Employment Law Section);
Labor & Employment Relations Association (New York Chapter)
Association for Conflict Resolution (Workplace, Ombuds, Commercial and Court Sections);
New York State Dispute Resolution Association; and
New York University School of Law Center for Labor & Employment Law (Advisory Board Member)

Education

New York University School of Law, J.D., Cum Laude, 1982

Siena College, B.A., Summa Cum Laude, 1979

References

Furnished upon request.

Fee Policy

FEE POLICY:

Labor Arbitration: $1,800 per day for each day of hearing and study time.

Employment Arbitration & Mediation: $400 per hour for all hearing and study time with 4-hour daily minimum for hearings.

Cancellation/Postponement Fee: $1,800 per day, unless notice is received 21 days in advance of each scheduled day.

Travel expenses: Billed if applicable.



News
Events
About ILR
ILRie Alumni Magazine
ILR Brand
Coronavirus Resources and Updates
Diversity, Equity and Inclusion
Privacy policy

Directory
Centers and Institutes
Catherwood Library
Conference Centers

Mr. David John Reilly, Esq. | The ILR School | Cornell University

[College map](#)
[For faculty and staff](#)
[Contact Us at ILR](#)
[Web Accessibility](#)

© 2022 Cornell University | ILR School