# EXHIBIT F

```
SCHEINMAN ARBITRATION AND MEDIATION SERVICES
----------------------------------------------- X
In the Matter of the Arbitration                 X
              between                            X
NEW YORK CITY DEPARTMENT OF EDUCATION              Re:UFT.1174
                                                 X
              and                                X
LORRAINE MASCIARELLI                             X
----------------------------------------------- X
```

Issue:   Religious Exemption

Date of Hearing: October 4, 2021

### Award

APPLICATION FOR EXEMPTION: GRANTED [ ]   DENIED [X]   OTHER [ ]

On the record before me, Appellant failed to establish entitlement to a religious exemption.

_____               10/4/21
Arbitrator Julie A. Torrey              Date

# Reasonable Accommodation Appeal Determination

**N** noreply@salesforce.com on behalf of NYC Employee Vaccine Appeals <vaxappeal@dcas.nyc.gov>
Tue 2/15/2022 2:48 PM
To: Masciarelli Lorraine

The City of New York Reasonable Accommodation Appeals Panel has carefully reviewed your Agency's determination, all of the documentation submitted to the agency and the additional information you submitted in connection with the appeal. Based on this review, the Appeals Panel has decided to deny your appeal. This determination represents the final decision with respect to your reasonable accommodation request.

The decision classification for your appeal is as follows: DOE has demonstrated that it would be an undue hardship to grant this accommodation to appellant given the need for a safe environment for in-person learning.

**For all employees other than DOE employees:** Pursuant to the City of New York's policy concerning the vaccine mandate, you now have **three business days** from the date of this notice to submit proof of vaccination. If you do not do so, you will be placed on a leave without pay (LWOP).

**For Department of Education (DOE) employees:** Pursuant to New York City Department of Education policy, you have seven calendar days to extend your Leave Without Pay or return to work. If you do neither, you will be subject to termination. For further information and instructions, please see DOE Denial of Appeal Information.

Reply    Forward

516-944-1700  info@scheinmanneutrals.com



a



Julie A. Torrey, Esq.

Arbitrator, Mediator and Fact Finder



**JULIE A. TORREY, Esq.**, is an Arbitrator, Mediator and Fact-Finder focused on resolution of workplace disputes in the private and public sectors, including labor and employment cases involving diverse disciplinary, contract and statutory issues in a range of industries and agencies. Since becoming a full-time neutral, Ms. Torrey has been selected to serve on the following arbitration panels: AAA Roster of Labor Arbitrators; FMCS Roster of Arbitrators; U.S. District Court, E.D.N.Y.'s Arbitration Roster; Realty Advisory Board & Local 32BJ, SEIU; NYC Department of Education/United Federation of Teachers Section 3020-a Panel; New York State Section 3020-a Disciplinary Panel; Cornell ILR Roster of Neutrals; and the Volunteer Lawyers for the Arts Mediate Art Panel.

Prior to her work as a neutral, Julie was an attorney for over twenty years in the field of labor and employment, most recently as Counsel at Ingerman Smith, LLP, where she represented clients in federal and state court litigation, arbitration, Civil Service Section 75 proceedings, and administrative proceedings before PERB and the Commissioner of Education. She previously represented the Suffolk County Board of Ethics and conducted county-wide ethics training.

Torrey has conducted hundreds of workplace investigations, including investigation of harassment, discrimination and retaliation complaints, as well as whistleblower claims.

Julie is a Dean's list graduate of Georgetown University (1992) and Georgetown University Law Center (1995) and a graduate of the Cornell University ILR School, Scheinman Institute on Conflict Resolution's Labor Arbitrator Development Program. She is admitted to practice in state and federal courts in New York and is a member of the New York State Bar Association's Labor & Employment and Dispute Resolution Section Committees, in addition to the New York and New York City Bar Associations, and the Long Island Chapter of the Labor and Employment Relations Association ("LERA").

Julie A. Torrey, julie.torrey@scheinmanneutrals.com 516.944.1700
Executive Assistant, Sonia Kaparakos, sonia.kaparakos@scheinmanneutrals.com
516.595.3274

© 2022 | All Rights Reserved | Scheinman Arbitration & Mediation Services