

May 24, 2022

Dina Kolker
Direct Dial: 212.806.5606
dkolker@stroock.com

Hon. Kiyo A. Matsumoto
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>Broecker et al. v. New York City Department of Education, et al., 21-cv-6387</u>

Dear Judge Matsumoto:

We represent defendants United Federation of Teachers, Local 2, AFT, AFL-CIO (the "UFT"), UFT President Michael Mulgrew (the "UFT Defendants"), the Council of School Supervisors & Administrators, Local 1, AFSA, AFL-CIO (the "CSA"), and CSA President Mark Cannizzaro (the "CSA Defendants"), in the above-referenced matter. Pursuant to Your Honor's Individual Rule III.C(1)(c) and the briefing schedule adopted on March 7, 2022, enclosed please find two courtesy copies each of the following documents, which had previously been served and today electronically filed on the docket:

- The Notice of Motion for Defendants UFT, Michael Mulgrew, CSA, and Mark Cannizzaro to dismiss the Amended Complaint;
- A memorandum of law in support of this motion;
- A reply memorandum of law in further support of the motion; and
- Affidavits of service for the aforementioned documents.

Respectfully submitted,


/s/ DINA KOLKER
STROOCK & STROOCK & LAVAN LLP
Dina Kolker, Esq.
180 Maiden Lane
New York, New York 10038
(212) 806-5400
dkolker@stroock.com

*Co-counsel for Defendants UFT, Mulgrew, CSA, and Cannizzaro*

CC: all counsel of record (via ECF)

STROOCK & STROOCK & LAVAN LLP  New York · Los Angeles · Miami · Washington, DC
180 Maiden Lane, New York, NY 10038-4982 · T. 212.806.5400 · F. 212.806.6006 · www.stroock.com