

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

Andrea O'Connor
Labor & Employment Law Division
Phone: 212-356-4015
Fax: 212-356-1148
aoconnor@law.nyc.gov

May 24, 2022

**VIA ECF and Hand Delivery**
Honorable Kiyo A. Matsumoto
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room S905
Brooklyn, New York 11201

      Re: Broecker, et al. v. NYC Department of Education, et al.
        Docket No. 21 CV 6387 (KAM)(LB)

Dear Judge Matsumoto:

  I am an Assistant Corporation Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, attorney for defendants New York City Department of Education and Meisha Porter (collectively, "DOE Defendants") in the above-captioned matter. I write today pursuant to the Court's March 7, 2022 Order to provide the Court with two courtesy copies of the DOE Defendants motion papers in connection with their motion to dismiss the Amended Complaint. Specifically, enclosed please find DOE Defendants' Notice of Motion, dated April 4, 2022 (Dkt. No. 114), Declaration of Andrea O'Connor, with exhibit, dated April 4, 2022 (Dkt. No. 115), Memorandum in Support, dated April 4, 2022 (Dkt. No. 116) and Reply Memorandum in Support, dated May 24, 2022 (Dkt. No. 127).

              Respectfully submitted,

              Andrea O'Connor
              Assistant Corporation Counsel

Enclosures
cc: All Counsel, By ECF (without enclosures)