# EXHIBIT A



LOG IN

Eric Adams supports 'hardworking'… | Man found badly battered on NYC street dies fro… | Putin's propaganda minister Maria… | Zelensky hails 'friend to Ukraine' Boris… | Father killed himself in act of 'devotion and… | Wild video shows NYC bodega worke…

GET 30 DAYS FREE

METRO

8

# DOE suit aims to keep at least 82 teachers suspended without pay over fake vaccine cards

By Priscilla DeGregory and Cayla Bamberger

July 6, 2022   1:54pm   Updated

**NEW YORK POST**

LOG IN

| Eric Adams supports 'hardworking'… | Man found badly battered on NYC street dies fro… | Putin's propaganda minister Maria… | Zelensky hails 'friend to Ukraine' Boris… | Father killed himself in act of 'devotion and… | Wild video shows NYC bodega worke… |



The Department of Education claimed more than 80 school workers submitted phony COVID-19 vaccination cards.
AP Photo/Wilfredo Lee, File

**MORE ON:**
**DEPARTMENT OF EDUCATION**

NYC DOE accused of 'poor planning' of 'Summer Rising' program's first day

Parents still scrambling for 'Summer Rising' seats as NYC program begins

Team Biden's plan to restore Obama-era Title IX kangaroo courts nixes fairness

NYC teachers booted amid budget cuts scramble for vacant positions

The Department of Education has filed suit to keep at least 82 New York City teachers suspended without pay for allegedly submitting fake proof of COVID-19 vaccination.

The staffers were notified on April 19 that they would be placed on unpaid leave April 25 "based on information that the DOE had received from an independent law-enforcement

**NEW YORK POST**

LOG IN

| Eric Adams supports 'hardworking'… | Man found badly battered on NYC street dies fro… | Putin's propaganda minister Maria… | Zelensky hails 'friend to Ukraine' Boris… | Father killed himself in act of 'devotion and… | Wild video shows NYC bodega worke… |

The United Federation of Teachers has said some of its members reached out to the DOE to say they received the notice as a mistake.

Dozens have claimed they got the jab at a Long Island pediatric center known for offering holistic and natural remedies — where two nurses were charged for allegedly doling out fake vax cards to hundreds of customers, The Post has previously reported.



Municipal employees protest against then-Mayor Bill de Blasio's vaccine mandate on October 25, 2021.
Lev Radin/Sipa USA

Teachers who spoke to The Post admitted to paying Wild Child Pediatric Healthcare in Amityville — but for "detox" treatment to offset reactions to the vaccine, not for the cards.

# NEW YORK POST

LOG IN

| Eric Adams supports 'hardworking'… | Man found badly battered on NYC street dies fro… | Putin's propaganda minister Maria… | Zelensky hails 'friend to Ukraine' Boris… | Father killed himself in act of 'devotion and… | Wild video shows NYC bodega worke… |



A public school teacher holds a sign demanding increased COVID-19 safety measures during a rally on January 10, 2022.

Scott Heins/Getty Images

Case 1:21-cv-06387-KAM-LB   Document 133-1   Filed 07/07/22   Page 6 of 7 PageID #: 3536

NEW YORK POST

LOG IN

Eric Adams supports 'hardworking'…  |  Man found badly battered on NYC street dies fro…  |  Putin's propaganda minister Maria…  |  Zelensky hails 'friend to Ukraine' Boris…  |  Father killed himself in act of 'devotion and…  |  Wild video shows NYC bodega worke…



Schools Chancellor David Banks has not commented on the dilemma.

Scott Heins/Getty Images

**NEW YORK POST**

LOG IN

Eric Adams supports 'hardworking'… | Man found badly battered on NYC street dies fro… | Putin's propaganda minister Maria… | Zelensky hails 'friend to Ukraine' Boris… | Father killed himself in act of 'devotion and… | Wild video shows NYC bodega worke…



The United Federation of Teachers said the Department of Education misidentified its members for not being vaccinated.

Scott Heins/Getty Images

If the arbitrator's decision isn't overturned, it "will undermine the DOE's ability to ensure compliance with the DOE vaccine mandate and thereby jeopardize the health and safety of students and their families, DOE staff, and the broader community," the suit alleges.

The DOE is asking for an emergency and permanent injunction from the court.

"These employees were afforded due process," a spokesman for the city Law Department said in a statement. "There is no lawful basis for this arbitrator's decision, which undermines DOE's authority to enforce an important public health initiative protecting students, school staff and the broader community."

The spokesman added that DOE was notified that the teachers they suspended are being investigated by law enforcement.

"Unhappy with the arbitrator's decision, the DOE has now tried to appeal the arbitrator's ruling," a UFT spokeswoman said. "We are confident that on reviewing the record the courts