

Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ∎ ∷
Kiki Chrisomallides*
Kevin D. Porter
Susan Vari

Margaret Antonino* ∎
Edward J. Arevalo
Graig R. Avino*
Michael J. Battiste
Robert Boccio
Dylan Braverman
Thomas Brennan ∎
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen
Adam S. Covitt

Charles K. Faillace ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Ruth Bogatyrow Kraft
Douglas Langholz
Megan A. Lawless‡
Guy A. Lawrence
Timothy P. Lewis --
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Tammy A. Trees
Nicole M. Varisco
Christopher Whitton
Julia F. Wilcox ∷
Nicole R. Wittman
Arthur I. Yankowitz**

Theresa A. Bohm
Angela R. Bonica *
Michael P. Diven * ** ∷
Tyler M. Fiorillo
Lauren P. Ingvoldstad†
Nicole E. Martone
Daniel O'Connell * ∎
Andres J. Sanchez
Kathleen M. Thompson
Paul Toscano
Claudine Travers
Alexandra Zerrillo * ** ∷

*Of Counsel*
Patricia M. Comblo ∷ ±
Josie M. Conelley
Brian DiPentima*
Tricia Crisito
Roseann V. Driscoll
Mary M. Holupka
Rani B. Kulkarni
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Paul Varriale
Karolina Wiaderna

* Also Admitted to Practice in NJ
** Also Admitted to Practice in CT
*** Also Admitted to Practice in NJ, CT, DC
-- Admitted to Practice in Florida
∎ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
Δ Also Admitted to Practice in AZ, CA and NJ
∷ Admitted to Practice in CO
† Admission Pending

July 11, 2022

VIA ECF
Hon. Kiyo A. Matsumoto
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Broecker et al., v. Scheinman Arbitration et al
        Docket No.: 21-cv-6387
        VBPNP File No.: 72-066

Dear Judge Matsumoto:

  The undersigned represents Defendants Martin F. Scheinman, Scheinman Arbitration and Mediation Services, and Scheinman Arbitration and Mediation Services, LLC (hereinafter "Scheinman Defendants"). Plaintiffs' request to supplement their opposition to Defendants' motions to dismiss should be denied as the recently issued award is immaterial and irrelevant to the Plaintiffs allegations against Arbitrator Scheinman in this case, namely, whether the arbitrator had authority to arbitrate and issue binding awards. As delineated in the codefendants letter to court (ECF No.134, ECF No.135), the two sets of Plaintiffs are dissimilar, and the June 27 Opinion and Award is inapplicable to the case at bar.

  Furthermore, under the guise of the purportedly newly discovered documents, Plaintiffs attempt to argue, once again, that Arbitrator Scheinman conspired with the state actors. Plaintiffs allege that by issuing the awards, Arbitrator Scheinman "actively participated in the violation of the Plaintiff's due process rights." To put it simply, Plaintiffs claim that "the language written by Scheinman in the Opinion and Award" and his words therein arise to the level of direct participation in constitutional depravation. This argument is nonsensical and must fail. Adopting Plaintiffs reasoning would lead to absurd results; it would render judicial immunity entirely null and void and is therefore entirely against public policy.

  For the reasons stated above, Scheinman Defendants respectfully requests that the Court denies Plaintiffs' application.

              Respectfully submitted,

              *Karolina Wiaderna*
              Karolina Wiaderna

cc: all counsel of record

300 Garden City Plaza • Suite 100 • Garden City, New York 11530 • Phone: (516) 282-3355 • Fax: (516) 908-4960

*Office Locations in* WESTCHESTER  MANHATTAN  NEW JERSEY  CONNECTICUT  FLORIDA  COLORADO