

Alfred P. Vigorito
John W. Barker
Gary W. Patterson, Jr.*
Jeffrey R. Nichols*
Mamie Stathatos-Fulgieri
Scott A. Singer
Gregg D. Weinstock*** ■ ▲
Kiki Chrisomallides*
Dylan Braverman
Adam S. Covitt

Kevin D. Porter
Susan Vari

Brian Andrews
Margaret Antonino* ▲
Edward J. Arevalo
Robert Boccio
Bruce Brady *
Thomas Brennan ■
Dawn Bristol
Kenneth J. Burford
Gilbert H. Choi
Joshua R. Cohen

Charles K. Faillace ±
Danielle M. Hansen
Anna Hock
Thomas Jaffa
Gemma Kenney ***
Douglas Langholz
Jason Lavery *
Megan A. Lawless‡
Guy A. Lawrence
Jennifer M. Lobaito *
Neil Mascolo, Jr.
Adonaid Medina*
Ralph Vincent Morales
Vincent Nagler **
Carolyn Rankin
Miles S. Reiner
Bhalinder L. Rikhye
Leilani Rodriguez *
Lori Shapiro
Tammy A. Trees
Nicole M. Varisco *
Julia F. Wilcox ::
Arthur I. Yankowitz**

Danielle Bennett ∆
Theresa A. Bohm
Angela R. Bonica *
Julia Combs †
Christine Crane *
Michael P. Diven * ** ::
Tyler M. Fiorillo
Jamie Gewurz †
Lauren P. Ingvoldstad†
Jillian Kuper †
Christian McCarthy
John O'Brien
Daniel O'Connell * ■
Kara Ognibene †
Emily Phillips
Alesha Powell
Kathleen M. Thompson
Paul Toscano
Claudine Travers
Tyler Weingarten †
Samuel Youssof
Alexandra Zerrillo * ** ::

*Of Counsel*
Patricia M. Comblo :: ±
Josie M. Conelley
Brian DiPentima*
Tricia M. Criscito
Roseann V. Driscoll
William Gagas ±
Rani B. Kulkarni
Nicole E. Martone
Joseph P. Muscarella
Seema Palmerson
Nicole C. Salerno *
Valerie L. Siragusa
Diana V. Solla
Karolina Wiaderna

\* Also Admitted to Practice in NJ
\*\* Also Admitted to Practice in CT
\*\*\* Also Admitted to Practice in NJ, CT, DC
■ Also Admitted to Practice in FL
‡ Also Admitted to Practice in NJ and PA
± Also Admitted to Practice in MA
∆ Also Admitted to Practice in Ohio
:: Admitted to Practice in CO
† Admission Pending

February 20, 2023

VIA ECF
Hon. Kiyo A. Matsumoto
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: Broecker et al., v. Scheinman Arbitration et al
        Docket No.: 21-cv-6387
        VBPNP File No.: 72-066

Dear Judge Matsumoto:

  This firm represents Defendants Arbitrator Scheinman and SAMS (hereinafter "Scheinman Defendants") in the above-referenced matter. This letter is in response to this Court's Order directing the parties to advise the Court of their respective views as to whether the City of New York's announcement ending the vaccination mandate mooted any issues in the instant matter.

  While Defendants maintain that Plaintiff's claims against Scheinman Defendants are unsupported by applicable law and entirely without merit, we believe that the mandate did not moot any issues as to the Scheinman Defendants.

  Thank you for your attention to this matter.

              Respectfully submitted,

              *Karolina Wiaderna*
              Karolina Wiaderna

cc: all counsel of record via ECF